UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 31, 2014
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

RAFAEL ALCAUTER,

Defendant.

Case No. 2:14-mj-00018-KJN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  RAFAEL ALCAUTER ,

Case No.  2:14-mj-00018-KJN , from custody for the following reasons:

    _____ Release on Personal Recognizance

    __X__ Bail Posted in the Sum of $ _____

        __X__ Unsecured Appearance Bond $   100,000.00

        _____ Appearance Bond with 10% Deposit

        _____ Appearance Bond with Surety

        _____ Corporate Surety Bail Bond

        __X__ (Other): ___ Pretrial Services conditions

Issued at Sacramento, California on January 31, 2014 at 2:00 p.m.

By: _____
Magistrate Judge Kendall J. Newman